AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**RONALD M. COIA, et al.**

V.

**M & D CONSTRUCTION**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-211S**

TO: (Name and address of Defendant)
**M & D CONSTRUCTION**
**43 Rivulet Street**
**Woonsocket, RI 02895**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**ROBERT P. BROOKS (#3721)**
**JAIME J. LAPORTE (#6668)**
**ADLER POLLOCK & SHEEHAN P.C.**
**One Citizens Plaza, 8th Floor**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

(2)

CLERK

DATE May 18, 2005

(By) DEPUTY CLERK Paula Farrell Pletcher

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 19 May, 2005 |
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served on authorized agent for service for M&D Construction namely Mark Lanoue

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 19 May, 2005
Date

George R. Clark Constable #6025
Signature of Server

84 Weaver Rd., Johnston, R.I. 02919
Address of Server

X Mark Lanoue

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.