UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 05-211S |
| M & D CONSTRUCTION | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss the Complaint in the above-referenced matter, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: 6/6/05

ENTER WEsm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/10/05

CERTIFICATION

I hereby certify that I am over eighteen years of age and not a party to this action. On May 7, 2005, I caused a copy of the within Notice of Voluntary Dismissal to be mailed to the following:

M & D Construction
43 Rivulet Street
Woonsocket, RI 02895

[signature]

*335145 1.doc*